**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Mark Alden SCHMUCKER, Defendant-Appellant.**

No. 82–3701.

United States Court of Appeals, Sixth Circuit.

July 5, 1985.

Before MERRITT, Circuit Judge, PHILLIPS, Senior Circuit Judge and SPIEGEL,[*] District Judge.

## ORDER

Having received from the Supreme Court an order in this case dated April 1, 1985, —— U.S. ——, 105 S.Ct. 1860, 85 L.Ed.2d 155 (1985), remanding the case to the Court for reconsideration in light of *Wayte v. United States*, 470 U.S. ——, 105 S.Ct. 1524, 84 L.Ed.2d 547 (1985), it is ORDERED that the case be remanded to the District Court for reconsideration in light of *Wayte v. United States*, 470 U.S. ——,

105 S.Ct. 1524, 84 L.Ed. 2d 547 (1985). The case is remanded to the trial court because there is a possibility that the parties will seek to introduce additional evidence in this case.

---

[*] The Honorable S. Arthur Spiegel, Judge of the United States District Court for the Southern District of Ohio, sitting by designation.